| | |
|---|---|
| ADRIENNE C. PUBLICOVER (SBN: 161432)<br>Email:adrienne.publicover@wilsonelser.com<br>LAURA E. FANNON (SBN: 111500)<br>Email: laura.fannon@wilsonelser.com<br>**WILSON, ELSER, MOSKOWITZ,**<br>**EDELMAN & DICKER LLP**<br>525 Market Street – 17th Floor<br>San Francisco, California 94105-2725<br>Telephone:    (415) 433-0990<br>Facsimile:    (415) 434-1370<br><br>Attorneys for Defendant<br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA | MICHELLE L. ROBERTS (SBN: 239092)<br>Email:  mlr@ssrlawgroup.com<br>CASSIE SPRINGER-SULLIVAN (SBN: 221506)<br>**SPRINGER-SULLIVAN & ROBERTS**<br>**LLP**<br>410 – 12th Street, Suite 325<br>Oakland, CA  94607<br>Telephone:    (510) 992-6130<br>Facsimile:    (510) 280-7564<br><br>Attorneys for Plaintiff,<br>CRYSTAL KOCIOLEK |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| Crystal Kociolek,<br><br>                    Plaintiff,<br>     vs.<br><br>Life Insurance Company of North America,<br><br>                    Defendant, | Case No.  C11-05073 CRB<br><br>**NOTICE OF IMPENDING MEDIATION;**<br>**JOINT REQUEST AND [PROPOSED]**<br>**ORDER CONTINUING INITIAL CASE**<br>**MANAGEMENT CONFERENCE** |

**TO THE CLERK OF THE COURT, THE HONORABLE CHARLES R. BREYER, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

WHEREAS, Plaintiff Crystal Kociolek and Defendant Life Insurance Company of North America (collectively, "the Parties") through their respective counsel stipulate as follows:

WHEREAS, on December 19, 2011, the Court noticed that the Initial Case Management Conference in the above-referenced case is scheduled for Friday, February 3, 2012 at 8:30 a.m. (Dkt. No. 10);

WHEREAS, the Parties' Joint Case Management Statement is currently due to be filed by January 27, 2011;

WHEREAS, the Parties have engaged in early resolution discussions and have agreed to

participate in private mediation before Judge Edward Infante (Ret.) on Wednesday, February 15, 2012 (Dkt. No. 12);

WHEREAS, in light of the impending mediation and in an effort to conserve judicial resources, the Parties desire to continue the currently scheduled case management conference to March 2, 2012 at 8:30 a.m. and the deadline for filing a Joint Case Management Statement to February 24, 2012;

NOW, THEREFORE, the Parties request an order from the Court rescheduling the initial case management conference from February 3, 2012 at 8:30 a.m. to March 2, 2012 at 8:30 a.m., and rescheduling the deadline for the Joint Case Management Statement to February 24, 2012.

**IT IS SO AGREED AND REQUESTED.**

Dated: January 4, 2012              SPRINGER-SULLIVAN & ROBERTS LLP

                                    By:    /s/
                                           Michelle L. Roberts
                                           Attorneys for Plaintiff


                                    WILSON, ELSER, MOSKOWITZ,
                                    EDELMAN & DICKER LLP

Dated: January 4, 2012              By:    /s/
                                           Laura Fannon
                                           Attorneys for Defendant LINA

**IT IS SO ORDERED.**

The initial case management conference scheduled for February 3, 2012 at 8:30 a.m. will be continued to March 2, 2012 at 8:30 a.m., or as soon thereafter as may be heard by the Court. The parties shall file a Joint Case Management Statement by no later than February 24, 2012.

Dated: January 4, 2012              _____
                                    Honorable Charles R. Breyer
                                    United States District Court Judge

*IT IS SO ORDERED. Judge Charles R. Breyer* [stamp]

NOTICE OF IMPENDING MEDIATION;
JOINT REQUEST TO CONTINUE CMC
[PROPOSED] ORDER
CASE NO. 11-05073 CRB