| | |
|---|---|
| ADRIENNE C. PUBLICOVER (SBN: 161432)<br>Email: adrienne.publicover@wilsonelser.com<br>LAURA E. FANNON (SBN: 111500)<br>Email: laura.fannon@wilsonelser.com<br>**WILSON, ELSER, MOSKOWITZ,**<br>**EDELMAN & DICKER LLP**<br>525 Market Street – 17th Floor<br>San Francisco, California 94105-2725<br>Telephone:    (415) 433-0990<br>Facsimile:     (415) 434-1370<br><br>Attorneys for Defendants LIFE<br>INSURANCE COMPANY OF NORTH<br>AMERICA | MICHELLE L. ROBERTS (SBN: 239092)<br>Email:  mlr@ssrlawgroup.com<br>CASSIE SPRINGER-SULLIVAN (SBN: 221506)<br>**SPRINGER-SULLIVAN & ROBERTS LLP**<br>410 – 12th Street, Suite 325<br>Oakland, CA  94607<br>Telephone:    (510) 992-6130<br>Facsimile:     (510) 280-7564<br><br>Attorneys for Plaintiff,<br>CRYSTAL KOCIOLEK |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Crystal Kociolek,<br><br>               Plaintiff,<br><br>    vs.<br><br>Life Insurance Company of North America,<br><br>               Defendant. | Case No.  C11-05073 CRB<br><br>**NOTICE OF SETTLEMENT;**<br>**JOINT REQUEST AND [PROPOSED]**<br>**ORDER CONTINUING CASE**<br>**MANAGEMENT CONFERENCE** |

**TO THE CLERK OF THE COURT, THE HONORABLE CHARLES R. BREYER, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

WHEREAS, in light of the Parties' February 15, 2012 scheduled mediation and the Parties' joint request, the Court reassigned the initial case management conference to March 2, 2012 at 8:30 a.m., and rescheduled the deadline for the Joint Case Management Statement to February 24, 2012 (Dkt. No. 18);

WHEREAS, the Parties have reached a settlement and are in the process of preparing the settlement documents and anticipate requiring four weeks to finalize and effectuate the terms of the settlement;

WHEREAS, the Parties desire to continue the currently scheduled case management conference to April 6, 2012 at 8:30 a.m. to enable the Parties sufficient time to finalize the

settlement and dismiss the case with prejudice;

NOW, THEREFORE, the Parties request an order from the Court rescheduling the initial case management conference from March 2, 2012 at 8:30 a.m. to April 6, 2012 at 8:30 a.m. or as soon thereafter as may be heard by the Court, and rescheduling the deadline for the Joint Case Management Statement to March 30, 2012.

**IT IS SO AGREED AND REQUESTED.**

Dated:  February 21, 2012          SPRINGER-SULLIVAN & ROBERTS LLP

By:    /s/
       Michelle L. Roberts
       Attorneys for Plaintiff

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

Dated: February 21, 2012           By:    /s/
                                          Adrienne Publicover
                                          Attorneys for Defendant

**IT IS SO ORDERED.**

The initial case management conference scheduled for March 2, 2012 at 8:30 a.m. will be continued to April 6, 2012 at 8:30 a.m., or as soon thereafter as may be heard by the Court.  The parties shall file a Joint Case Management Statement by no later than March 30, 2012.

Dated:  Feb. 22, 2012

Honorable Charles R. Breyer
United States District

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

NOTICE OF SETTLEMENT & JOINT REQUEST; PROPOSED ORDER
CASE NO. C11-05073 CRB