ADRIENNE C. PUBLICOVER (SBN: 161432)
Email:adrienne.publicover@wilsonelser.com
LAURA E. FANNON (SBN: 111500)
Email: laura.fannon@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
525 Market Street – 17th Floor
San Francisco, California 94105-2725
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

MICHELLE L. ROBERTS (SBN: 239092)
Email: mlr@ssrlawgroup.com
CASSIE SPRINGER-SULLIVAN (SBN: 221506)
**SPRINGER-SULLIVAN & ROBERTS LLP**
410 – 12th Street, Suite 325
Oakland, CA 94607
Telephone: (510) 992-6130
Facsimile: (510) 280-7564

Attorneys for Plaintiff,
CRYSTAL KOCIOLEK

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Crystal Kociolek,<br><br>　　　　　　Plaintiff,<br>　　vs.<br><br>Life Insurance Company of North America,<br><br>　　　　　　Defendant, | Case No. C11-05073 CRB<br><br>**STIPULATED DISMISSAL AND [PROPOSED] ORDER**<br><br>**FED. R. CIV. P. 41(a)(1)** |

**TO THE CLERK OF THE COURT, THE HONORABLE CHARLES R. BREYER, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

　　Plaintiff Crystal Kociolek and Defendant Life Insurance Company of North America ("LINA") have reached a resolution of this matter. The Parties agree to dismiss this action in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a). Each party shall bear its own attorneys' fees and costs.

/ / /

**IT IS SO AGREED AND STIPULATED.**

SPRINGER-SULLIVAN & ROBERTS LLP

Dated: March 16, 2012    By:    /s/

Michelle L. Roberts
Attorneys for Plaintiff

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Dated: March 16, 2012    By:    /s/
Laura Fannon
Attorneys for Defendant LINA

**[~~PROPOSED~~] ORDER**

The Court hereby dismisses this action with prejudice.

Dated: March 19, 2012

Honorable Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

**SIGNATURE ATTESTATION**

I, Michelle L. Roberts, hereby attest that that I have obtained the concurrence in the filing of the document from the other signatory on this document.

Dated: March 16, 2012    SPRINGER-SULLIVAN & ROBERTS LLP

By: /s/ *Michelle L. Roberts*
Michelle L. Roberts, CA Bar No. 239092