| | |
|---|---|
| ADRIENNE C. PUBLICOVER (SBN: 161432)<br>Email: adrienne.publicover@wilsonelser.com<br>LAURA E. FANNON (SBN: 111500)<br>Email: laura.fannon@wilsonelser.com<br>**WILSON, ELSER, MOSKOWITZ,<br>EDELMAN & DICKER LLP**<br>525 Market Street – 17th Floor<br>San Francisco, California 94105-2725<br>Telephone:   (415) 433-0990<br>Facsimile:   (415) 434-1370<br><br>Attorneys for Defendant<br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA | MICHELLE L. ROBERTS (SBN: 239092)<br>Email: mlr@ssrlawgroup.com<br>CASSIE SPRINGER-SULLIVAN (SBN: 221506)<br>**SPRINGER-SULLIVAN & ROBERTS LLP**<br>410 – 12th Street, Suite 325<br>Oakland, CA 94607<br>Telephone:   (510) 992-6130<br>Facsimile:   (510) 280-7564<br><br>Attorneys for Plaintiff,<br>CRYSTAL KOCIOLEK |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| Crystal Kociolek,<br><br>                        Plaintiff,<br>vs.<br><br>Life Insurance Company of North America,<br><br>                        Defendant, | Case No. C11-05073 CRB<br><br>**STIPULATED DISMISSAL AND<br>[PROPOSED] ORDER**<br><br>**FED. R. CIV. P. 41(a)(1)** |

**TO THE CLERK OF THE COURT, THE HONORABLE CHARLES R. BREYER, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

Plaintiff Crystal Kociolek and Defendant Life Insurance Company of North America ("LINA") have reached a resolution of this matter. The Parties agree to dismiss this action in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a). Each party shall bear its own attorneys' fees and costs.

/ / /

STIPULATED DISMISSAL & PROPOSED ORDER
CASE NO. 11-05073 CRB

**IT IS SO AGREED AND STIPULATED.**

                                                  SPRINGER-SULLIVAN & ROBERTS LLP

Dated: March 16, 2012          By:    /s/

                                                  Michelle L. Roberts
                                                  Attorneys for Plaintiff

                                                  WILSON, ELSER, MOSKOWITZ,
                                                  EDELMAN & DICKER LLP

Dated: March 16, 2012          By:    /s/
                                                  Laura Fannon
                                                  Attorneys for Defendant LINA

**[~~PROPOSED~~] ORDER**

The Court hereby dismisses this action with prejudice.

Dated: March 19, 2012

                                          Honorable Charles R. Breyer
                                          United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

**SIGNATURE ATTESTATION**

I, Michelle L. Roberts, hereby attest that that I have obtained the concurrence in the filing of the document from the other signatory on this document.

Dated: March 16, 2012            SPRINGER-SULLIVAN & ROBERTS LLP

                                By: /s/ *Michelle L. Roberts*
                                Michelle L. Roberts, CA Bar No. 239092